# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRES PENA-FIGUEROA,<br><br>Defendant | Case No.:  13CR4407-DMS<br><br>**ORDER GRANTING MOTION TO DISMISS THE INDICTMENT AND JUDGMENT**<br><br>The Honorable Dana M. Sabraw |

Upon motion of the United States and for good cause shown,

IT IS ORDERED that the Indictment be dismissed without prejudice.

SO ORDERED.

Dated: May 28, 2014

_____
THE HONORABLE DANA M. SABRAW
United States District Judge